# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTOPHER CRAWFORD, #2321512 | § |
| | § Civil Action No. 4:20-CV-668 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COLLIN COUNTY DETENTION FACILITY | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636 (Dkt. #2). On August 18, 2022, the report and recommendation of the Magistrate Judge was entered (Dkt. #37), containing proposed findings of fact and recommendations that Defendant Collin County Detention Facility's Motion to Dismiss (Dkt. #28) be granted, and that *pro se* Plaintiff Christopher Crawford's claims be dismissed. Having received the report of the Magistrate Judge, and no objections thereto having been timely filed to this report and recommendation, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant Collin County Detention Facility's Motion to Dismiss (Dkt. #28) is hereby **GRANTED**.

It is further **ORDERED** that *pro se* Plaintiff Christopher Crawford's civil rights lawsuit is **DISMISSED WITH PREJUDICE**. Plaintiff is advised that this dismissal counts as a strike under 28 U.S.C. § 1915.

**SIGNED this the 22nd day of September, 2022.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE